■ ˙ FLORENCE DE MATO, Appellant-Respondent, v DAVID R. DE MATO, Respondent-Appellant.—Order of the Supreme Court, Nassau County, dated October 30, 1979, affirmed, without costs or disbursements. No opinion. Plaintiff's oral application to reject defendant's brief is denied. Damiani, J. P., Mangano, Rabin and Margett, JJ., concur.